**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FOX RIVER VALLEY MILLWORK, INC. | § | Case No. 13-83447 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 08, 2013. The undersigned trustee was appointed on December 04, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $            8,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,375.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of [1]         $            7,095.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/14/2014 and the deadline for filing governmental claims was 04/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,600.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,600.00, for a total compensation of $1,600.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/21/2014          By: /s/STEPHEN G. BALSLEY
                              Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83447  
**Case Name:** FOX RIVER VALLEY MILLWORK, INC.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/08/13 (f)  
**§341(a) Meeting Date:** 11/07/13  

**Period Ending:** 04/21/14

**Claims Bar Date:** 02/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, C | 164.67 | 0.00 | | 0.00 | FA |
| 2 | Partnership or Business | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable Income N. Green Street | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2008 Mitsubishi Truck<br>    See Order Approving Report of Sale entered February 19, 2014. | 14,900.00 | 14,900.00 | | 7,500.00 | FA |
| 5 | 2004 Ford Expedition 1306 N. Green Street McHenr<br>    See Order to Sell Assets entered February 19, 2014. | 2,936.00 | 2,936.00 | | 1,000.00 | FA |
| 6 | Office Equipment N. Green Street IL 60050 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Inventory N. Green Street IL 60050 | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$24,800.67** | **$17,836.00** | | **$8,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     April 21, 2014          **Current Projected Date Of Final Report (TFR):**     April 21, 2014  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-83447  
**Case Name:** FOX RIVER VALLEY MILLWORK, INC.

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account

**Taxpayer ID #:** **-***2013  
**Period Ending:** 04/21/14

**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/14 | {4} | Action Auctionnering | Proceeds of Sale of Auction | 1129-000 | 7,500.00 | | 7,500.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 02/19/14 | 101 | Action Auctioneering | Auctioneer Commission and Expenses pursuant to Order to Pay Auctioneering entered February 19, 2014 | | | 1,375.00 | 6,115.00 |
| | | | Auctioneer Commission     900.00<br>(12%) | 3610-000 | | | 6,115.00 |
| | | | Auctioneer Expenses     475.00<br>(Towing) | 3620-000 | | | 6,115.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,105.00 |
| 03/10/14 | {5} | James J. Bodnar | Bankruptcy Estate's interest in 2004 Ford Expedition | 1129-000 | 1,000.00 | | 7,105.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,095.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,500.00 | 1,405.00 | $7,095.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,500.00 | 1,405.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,500.00** | **$1,405.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2366** | 8,500.00 | 1,405.00 | 7,095.00 |
| | $8,500.00 | $1,405.00 | $7,095.00 |

{} Asset reference(s)

Printed: 04/21/2014 02:36 PM     V.13.14

# Claims Register

### Case: 13-83447   FOX RIVER VALLEY MILLWORK, INC.

Claims Bar Date: 02/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>10/08/13 |  | $1,600.00<br>$1,600.00 | $0.00 | $1,600.00 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>10/08/13 |  | $2,389.50<br>$2,389.50 | $0.00 | $2,389.50 |
| 1P | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>11/21/13 | Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 606640338<br>-----------------------------------------------------------------------------* * * | $9,977.00<br>$9,977.00 | $0.00 | $9,977.00 |
| 1U | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/21/13 | Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 606640338<br>-----------------------------------------------------------------------------* * * | $1,264.70<br>$1,264.70 | $0.00 | $1,264.70 |
| 2P | Illinois Department of Employment Security<br>33 South State Street - 10th Floor<br><br>Chicago, IL 60603<br><5800-00  Claims of Governmental Units>, 570 | Priority<br>11/22/13 | 33 South State Street - 10th Floor<br>Chicago, IL 60603<br>-----------------------------------------------------------------------------* * * | $242.60<br>$242.60 | $0.00 | $242.60 |
| 2U | Illinois Department of Employment Security<br>33 South State Street - 10th Floor<br><br>Chicago, IL 60603<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/22/13 | 33 South State Street - 10th Floor<br>Chicago, IL 60603<br>-----------------------------------------------------------------------------* * * | $50.00<br>$50.00 | $0.00 | $50.00 |

# Claims Register

### Case:  13-83447    FOX RIVER VALLEY MILLWORK, INC.

Claims Bar Date:  02/14/14

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | COMMONWEALTH EDISON COMPANY<br>Bankruptcy Department<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/25/13 | Bankruptcy Department<br>Three Lincoln Center<br>Oakbrook Terrace, IL 60181<br>--------------------------------------------------------------------------------* * * | $855.47<br>$855.47 | $0.00 | $855.47 |
| 4 | BMO Harris Bank<br>c/o Attorney Jamie S. Cassel; Reno Zahm<br>2902 McFarland Road, Suite 400<br>Rockford, IL 61107<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/10/14 | c/o Attorney Michael G. Schultz<br>Reno & Zahm LLP,2902 McFarland Road, Suite 400<br>Rockford, IL 61107<br>--------------------------------------------------------------------------------* * * | $179,710.14<br>$179,710.14 | $0.00 | $179,710.14 |
| 5 | Nicor Gas<br>Po Box 549<br>Aurora IL.60507<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/10/14 | Po Box 549<br>Aurora IL.60507<br>,<br>--------------------------------------------------------------------------------* * * | $393.80<br>$393.80 | $0.00 | $393.80 |
| | | | **Case Total:** | | **$0.00** | **$196,483.21** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-83447
Case Name: FOX RIVER VALLEY MILLWORK, INC.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 7,095.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,095.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,600.00 | 0.00 | 1,600.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,389.50 | 0.00 | 2,389.50 |

Total to be paid for chapter 7 administration expenses: $ 3,989.50
Remaining balance: $ 3,105.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,105.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,219.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 9,977.00 | 0.00 | 3,031.78 |
| 2P | Illinois Department of Employment Security | 242.60 | 0.00 | 73.72 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 3,105.50 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,274.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Illinois Department of Revenue | 1,264.70 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 50.00 | 0.00 | 0.00 |
| 3 | COMMONWEALTH EDISON COMPANY | 855.47 | 0.00 | 0.00 |
| 4 | BMO Harris Bank | 179,710.14 | 0.00 | 0.00 |
| 5 | Nicor Gas | 393.80 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**