**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FOX RIVER VALLEY MILLWORK, INC.    §    Case No. 13-83447
                                          §
                                          §
Debtor(s)                                 §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/16/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                     By:    /s/ STEPHEN G. BALSLEY
                                             Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FOX RIVER VALLEY MILLWORK, INC.        §    Case No. 13-83447
                                              §
                                              §
Debtor(s)                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,500.00 |
| *and approved disbursements of* | $ 1,405.00 |
| *leaving a balance on hand of* [1] | $ 7,095.00 |
| **Balance on hand:** | $ 7,095.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,095.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,600.00 | 0.00 | 1,600.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,389.50 | 0.00 | 2,389.50 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,989.50 |
| Remaining balance: | $ 3,105.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,105.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,219.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 9,977.00 | 0.00 | 3,031.78 |
| 2P | Illinois Department of Employment Security | 242.60 | 0.00 | 73.72 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,105.50 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,274.11 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 1,264.70 | 0.00 | 0.00 |
| 2U | Illinois Department of Employment Security | 50.00 | 0.00 | 0.00 |
| 3 | COMMONWEALTH EDISON COMPANY | 855.47 | 0.00 | 0.00 |
| 4 | BMO Harris Bank | 179,710.14 | 0.00 | 0.00 |
| 5 | Nicor Gas | 393.80 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 13-83447-TML
Fox River Valley Millwork, Inc.                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave         Page 1 of 2         Date Rcvd: May 22, 2014
                              Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2014.
```
db         +Fox River Valley Millwork, Inc.,    1306 N. Green Street,    McHenry, IL 60050-4461
21081486   +Anderssen Logistics,    5929 Packer Drive,    Menomonie, WI 54751-4940
21081487   +BMO Harris Bank,    P.O. Box 755,    Chicago, IL 60690-0755
21235244   +BMO Harris Bank,    c/o Attorney Michael G. Schultz,    Reno & Zahm LLP,
             2902 McFarland Road, Suite 400,    Rockford, IL 61107-6801
21081488    Capital One,   P.O. Box 6492,    Carol Stream, IL  60197-6492
21081489   +City of McHenry,    Water and Sewer Dept.,    333 S. Green Street,    McHenry, IL 60050-5494
21081490    Comcast Cable,    P.O. Box 3002,    Southeastern, PA  19398-3002
21081492   +Crystal Lake Bank & Trust,    70 N. Williams Street,    Crystal Lake, IL 60014-6168
21081493    DEX,   P.O. Box 9001401,    Louisville, KY  40290-1401
21081494   +ELJB, LLC,    1306 N. Green Street,    McHenry, IL 60050-4461
21081496    Grinnell Mutual Payment Center,    P.O. Box 809009,    Kansas City, MO  64180-9009
21081497   +Harris BMO,    c/o Nowlan & Mouat,    100 South Main Street,    P.O. Box 8100,
             Janesville, WI 53547-8100
21081499    IL Dept. of Employment Security,    P.O. Box 802551,    Chicago, IL  60680-2551
21081500  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
           (address filed with court:  Illinois Dept. of Revenue,    P.O. Box 19035,
             Springfield, IL  62794-9035)
21252077   +Illinois Department of Employment Security,    33 South State Street - 10th Floor,
             Chicago, Illinois 60603-2808
21246321    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
             Chicago, Illinois 60664-0338
21081501   +Krawczyk, Duginski & Rohr,SC,    o/b/o Harris BMO,    16620 W Bluemound Rd.#500,
             Brookfield, WI 53005-5919
21081504   +Larson Manufacturing Company,    P.O. Box 5025,    Brookings, SD 57006-5025
21081506    MDC Environmental Services,    P.O. Box 553915,    Detroit, MI  48255-3915
21081505   +McHenry Bank & Trust,    2205 N. Richmond Road,    McHenry, IL 60051-5401
21081507    NICOR Gas,    P.O. Box 5407,    Carol Stream, IL 60197-5407
21081508    Velux America Inc.,    P.O. Box 75435,    Charlotte, NC  28275-0435
21081509    Wisconsin Dept. of Revenue,    P.O. Box 8901,    Madison, WI  53708-8901
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21252797   +E-mail/Text: jsc@renozahm.com May 23 2014 00:30:38
             BMO Harris N.A., f.k.a. M & I Marshall & Ilsley Ba,   c/o Jamie S. Cassel, Esq.,
             Reno & Zahm LLP,    2902 McFarland Road, Suite 400,    Rockford, IL 61107-6801
21259825   +E-mail/Text: legalcollections@comed.com May 23 2014 00:30:55     COMMONWEALTH EDISON COMPANY,
             Bankruptcy Department,    Three Lincoln Center,   Oakbrook Terrace, IL 60181-4204
21081491    E-mail/Text: legalcollections@comed.com May 23 2014 00:30:55     ComEd,   P.O. Box 6111,
             Carol Stream, IL  60197-6111
21510088   +E-mail/Text: bankrup@aglresources.com May 23 2014 00:28:22     Nicor Gas,   Po Box 549,
             Aurora IL 60507-0549
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21081495*  +ELJB, LLC.,    1306 N. Green Street,    McHenry, IL 60050-4461
21081498*  +Harris BMO,    c/o Nowlan & Mouat,    100 South Main Street,    P.O. Box 8100,
             Janesville, WI 53547-8100
21081502*  +Krawczyk, Duginski & Rohr,SC,    o/b/o Harris BMO,    16620 W Bluemound Rd.#500,
             Brookfield, WI 53005-5919
21081503*  +Krawczyk, Duginski & Rohr,SC,    o/b/o Harris BMO,    16620 W Bluemound Rd.#500,
             Brookfield, WI 53005-5919
                                                                                 TOTALS: 0, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2014                                   Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave              Page 2 of 2              Date Rcvd: May 22, 2014
                              Form ID: pdf006              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2014 at the address(es) listed below:
          Jamie S. Cassel    on behalf of Creditor    BMO Harris N.A., f.k.a. M & I Marshall & Ilsley Bank
           jsc@renozahm.com
          Michael G Schultz    on behalf of Creditor    BMO Harris Bank mgs@renozahm.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott A Bentley    on behalf of Debtor   Fox River Valley Millwork, Inc. scottbentleylaw@gmail.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Auctioneer Terry M Firch sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 7
```