# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: FOX RIVER VALLEY MILLWORK, INC.   § Case No. 13-83447
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $6,964.67                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,105.50     Claims Discharged
                                               Without Payment: $345,708.78

Total Expenses of Administration: $5,394.50

3) Total gross receipts of $ 8,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,394.50 | 5,394.50 | 5,394.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,219.60 | 10,219.60 | 3,105.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 349,759.25 | 182,274.11 | 182,274.11 | 0.00 |
| **TOTAL DISBURSEMENTS** | $349,759.25 | $197,888.21 | $197,888.21 | $8,500.00 |

4) This case was originally filed under Chapter 7 on October 08, 2013. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/16/2014        By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Mitsubishi Truck | 1129-000 | 7,500.00 |
| 2004 Ford Expedition 1306 N. Green Street McHenr | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Krawczyk, Duginski & Rohr, o/b/o Harris BMO | SC 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Krawczyk, Duginski & Rohr, o/b/o Harris BMO | SC 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Krawczyk, Duginski & Rohr, o/b/o Harris BMO | SC 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,600.00 | 1,600.00 | 1,600.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,389.50 | 2,389.50 | 2,389.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Action Auctioneering | 3610-000 | N/A | 900.00 | 900.00 | 900.00 |
| Action Auctioneering | 3620-000 | N/A | 475.00 | 475.00 | 475.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,394.50 | $5,394.50 | $5,394.50 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 9,977.00 | 9,977.00 | 3,031.78 |
| 2P | Illinois Department of Employment Security | 5800-000 | N/A | 242.60 | 242.60 | 73.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $10,219.60 | $10,219.60 | $3,105.50 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | 4,273.54 | 1,264.70 | 1,264.70 | 0.00 |
| 2U | Illinois Department of Employment Security | 7100-000 | unknown | 50.00 | 50.00 | 0.00 |
| 3 | COMMONWEALTH EDISON COMPANY | 7100-000 | 583.62 | 855.47 | 855.47 | 0.00 |
| 4 | BMO Harris Bank | 7100-000 | 188,000.00 | 179,710.14 | 179,710.14 | 0.00 |
| 5 | Nicor Gas | 7100-000 | 581.52 | 393.80 | 393.80 | 0.00 |
| NOTFILED | ELJB, LLC | 7100-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Grinnell Mutual Payment Center | 7100-000 | 723.15 | N/A | N/A | 0.00 |
| NOTFILED | Harris BMO c/o Nowlan & Mouat | 7100-000 | 77,036.63 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Larson Manufacturing Company | 7100-000 | 279.78 | N/A | N/A | 0.00 |
| NOTFILED | Velux America Inc. | 7100-000 | 3,026.40 | N/A | N/A | 0.00 |
| NOTFILED | Wisconsin Dept. of Revenue | 7100-000 | 220.32 | N/A | N/A | 0.00 |
| NOTFILED | MDC Environmental Services | 7100-000 | 836.67 | N/A | N/A | 0.00 |
| NOTFILED | DEX | 7100-000 | 10,103.32 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Bank & Trust | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 7100-000 | 7,560.82 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Bank & Trust | 7100-000 | 3,874.41 | N/A | N/A | 0.00 |
| NOTFILED | City of McHenry Water and Sewer Dept. | 7100-000 | 23.31 | N/A | N/A | 0.00 |
| NOTFILED | Anderssen Logistics | 7100-000 | 10,691.12 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 6,488.53 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 456.11 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $349,759.25 | $182,274.11 | $182,274.11 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83447  
**Case Name:** FOX RIVER VALLEY MILLWORK, INC.

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/08/13 (f)  
**§341(a) Meeting Date:** 11/07/13  

**Period Ending:** 09/16/14  
**Claims Bar Date:** 02/14/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, C | 164.67 | 0.00 | | 0.00 | FA |
| 2 | Partnership or Business | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts Receivable Income N. Green Street | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | 2008 Mitsubishi Truck<br>See Order Approving Report of Sale entered February 19, 2014. | 14,900.00 | 14,900.00 | | 7,500.00 | FA |
| 5 | 2004 Ford Expedition 1306 N. Green Street McHenr<br>See Order to Sell Assets entered February 19, 2014. | 2,936.00 | 2,936.00 | | 1,000.00 | FA |
| 6 | Office Equipment N. Green Street IL 60050 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Inventory N. Green Street IL 60050 | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$24,800.67** | **$17,836.00** | | **$8,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 21, 2014     **Current Projected Date Of Final Report (TFR):**   April 21, 2014  (Actual)

Printed: 09/16/2014 09:30 AM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-83447  
**Case Name:** FOX RIVER VALLEY MILLWORK, INC.  
**Taxpayer ID #:** **-***2013  
**Period Ending:** 09/16/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/14 | {4} | Action Auctionnering | Proceeds of Sale of Auction | 1129-000 | 7,500.00 | | 7,500.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,490.00 |
| 02/19/14 | 101 | Action Auctioneering | Auctioneer Commission and Expenses pursuant to Order to Pay Auctioneering entered February 19, 2014 | | | 1,375.00 | 6,115.00 |
| | | | Auctioneer Commission    900.00 (12%) | 3610-000 | | | 6,115.00 |
| | | | Auctioneer Expenses    475.00 (Towing) | 3620-000 | | | 6,115.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,105.00 |
| 03/10/14 | {5} | James J. Bodnar | Bankruptcy Estate's interest in 2004 Ford Expedition | 1129-000 | 1,000.00 | | 7,105.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,095.00 |
| 06/16/14 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,389.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,389.50 | 4,705.50 |
| 06/16/14 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,600.00, Trustee Compensation; Reference: | 2100-000 | | 1,600.00 | 3,105.50 |
| 06/16/14 | 104 | Illinois Department of Revenue | Dividend paid 30.38% on $9,977.00; Claim# 1P; Filed: $9,977.00; Reference: | 5800-000 | | 3,031.78 | 73.72 |
| 06/16/14 | 105 | Illinois Department of Employment Security | Dividend paid 30.38% on $242.60; Claim# 2P; Filed: $242.60; Reference: | 5800-000 | | 73.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,500.00 | 8,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,500.00 | 8,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,500.00** | **$8,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2366 | 8,500.00 | 8,500.00 | 0.00 |
| | **$8,500.00** | **$8,500.00** | **$0.00** |

{} Asset reference(s)

Printed: 09/16/2014 09:30 AM    V.13.15